```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 11226
   BRETT H KLEEBAUER
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
            Debtor
    SSN XXX-XX-1722


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/02/08 .

     2.  The case was converted to Chapter 7 without confirmation, 09/30/2008.

     3.  The Debtor paid a total of $   1501.00 .
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO TITLE & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| KOVITZ SHIFRIN NESBIT | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GREENPOINT MORTGAGE CORP | UNSECURED | NOT FILED | .00 | .00 |
| KEYTH TECHNOLOGIES | UNSECURED | NOT FILED | .00 | .00 |
| BEHAVORIAL HEALTHCARE AS | UNSECURED | NOT FILED | .00 | .00 |
| MENS WEARHOUSE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| OHIO SAVINGS BANK | UNSECURED | NOT FILED | .00 | .00 |
| STERLING PRIVATE RESIDEN | UNSECURED | NOT FILED | .00 | .00 |
| SUSAN E RICHTER | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| USAA SAVINGS BANK | UNSECURED | NOT FILED | .00 | .00 |
| USAA FEDERAL SAVINGS BAN | UNSECURED | NOT FILED | .00 | .00 |
| N CHAPMAN MD | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED             .00            .00         .00         .00        .00
PRINCIPAL PAID                 .00            .00         .00         .00        .00
INTEREST PAID                  .00            .00         .00         .00        .00
TOTAL PAID                     .00            .00         .00         .00        .00
The Debtor's attorney, PATRICK J HART                , was allowed $        .00
and was paid $           .00 .
```

The Trustee received $          .00 .

Refunds to the Debtor totaled $   1501.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/17/08                 /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE